**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-7623

AJAMU SAWANDI OSBORNE,

Plaintiff - Appellant,

versus

M. W. MURPHY; P. JONES,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  Margaret B. Seymour, District Judge.
(CA-04-2368-8-MBS)

Submitted: February 23, 2006          Decided: March 3, 2006

Before WIDENER, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ajamu Sawandi Osborne, Appellant Pro Se.  Barbara Murcier Bowens,
OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ajamu Sawandi Osborne appeals the district court's order denying relief on his <u>Bivens</u> action.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Osborne v. Murphy</u>, No. CA-04-2368-8-MBS (D.S.C. Sept. 7, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*]<u>Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971).